IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM M. POLLACK, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 16 C 3526 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | Magistrate Judge Schenkier |
| BIOTREK LABORATORIES | ) | |
| CORPORATION, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Dr. William M. Pollack voluntarily dismisses his individual claims without prejudice and without costs against defendant Biotrek Laboratories Corporation. Plaintiff Dr. William M. Pollack voluntarily dismisses his class claims against defendant Biotrek Laboratories Corporation without prejudice and without costs. Plaintiff Dr.William M. Pollack voluntarily dismisses his claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on August 16, 2016, I caused a true and accurate copy of hte forging document to be served, via US Mail, on the following party:

BioTrek Laboratories Corporation
446 Green Street
Gainesville, Georgia 30501

                                                  <u>s/ Heather Kolbus</u>
                                                  Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)