UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Dr. William M. Pollack

                                      Plaintiff,

v.                                                     Case No.: 1:16–cv–03526
                                                                       Honorable Matthew F. Kennelly

BioTrek Laboratories Corporation, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 17, 2016:

        MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the notice of voluntary dismissal [21], this case is dismissed without prejudice. The 8/18/2016 status hearing is vacated. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.